# Purchase Order

**RC3/Advantage Medical**
 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



**ADVANTAGE MEDICAL**

| **Requested From** | **Ship To** | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 12/14/2022 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 12/15/2022 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx Standard Overnight |
| 19403-3967 | | | |
| United States | | **Terms** | Net 45 |
| (877) 394-5407 | | | |

# Purchase Order P2205

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| ACP.12140712 | 12/14/2022 | 1 | Ea | $425.00 | $425.00 |
| Anterior Cervical Discectomy Fusion Cage Convex L12 X W14 X H12 X A7 | | | | | |
| ACP.12140711 | 12/14/2022 | 1 | Ea | $425.00 | $425.00 |
| Anterior Cervical Discectomy Fusion Cage Convex L12 X W14 X H11 X A7 | | | | | |
| ACP.12140709 | 12/14/2022 | 3 | Ea | $425.00 | $1,275.00 |
| Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 9 X 7 | | | | | |
| FX.PD.5525 | 12/14/2022 | 1 | Ea | $450.00 | $450.00 |
| Reduction Polyaxial Screw 5.5 X 25Mm | | | | | |
| FX.PD.5530 | 12/14/2022 | 7 | Ea | $450.00 | $3,150.00 |
| Reduction Polyaxial Screw 5.5 X 30Mm | | | | | |
| FX.PS.5530 | 12/14/2022 | 1 | Ea | $350.00 | $350.00 |
| Sacral Polyaxial Screw 5.5 X 30Mm | | | | | |
| FX.PD.5535 | 12/14/2022 | 4 | Ea | $450.00 | $1,800.00 |
| Reduction Polyaxial Screw 5.5 X 35Mm | | | | | |
| FX.PD.6535 | 12/14/2022 | 2 | Ea | $450.00 | $900.00 |
| Reduction Polyaxial Screw 6.5 X 35Mm | | | | | |
| FX.PD.6540 | 12/14/2022 | 6 | Ea | $450.00 | $2,700.00 |
| Reduction Polyaxial Screw 6.5 X 40Mm | | | | | |
| FX.PD.6545 | 12/14/2022 | 4 | Ea | $450.00 | $1,800.00 |
| Reduction Polyaxial Screw 6.5 X 45Mm | | | | | |
| FX.MD.6535 | 12/14/2022 | 2 | Ea | $312.50 | $625.00 |
| Mono Axial Screw 6.5 X 35Mm | | | | | |
| FX.MD.6540 | 12/14/2022 | 2 | Ea | $312.50 | $625.00 |
| Monoaxial Screw 6.5 X 40Mm | | | | | |
| AC.RA.0500 | 12/14/2022 | 2 | Ea | $100.00 | $200.00 |
| Rod Straight D5.5 X 500Mm | | | | | |



P2205

Complaint Ex B-1

# Purchase Order

**RC3/Advantage Medical**

**70 Gruber Ln Ste 120**
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.SS.0010 | 12/14/2022 | 32 | Ea | $35.00 | $1,120.00 |
| Set Screw | | | | | |
| FX.PS.6545 | 12/14/2022 | 3 | Ea | $350.00 | $1,050.00 |
| Sacral Polyaxial Screw 6.5 X 45Mm | | | | | |
| FX.PS.7540 | 12/14/2022 | 2 | Ea | $350.00 | $700.00 |
| Sacral Polyaxial Screw 7.5 X 40Mm | | | | | |
| FE.RC.0040 | 12/14/2022 | 2 | Ea | $100.00 | $200.00 |
| Curved Rod 5.5 X 40Mm | | | | | |
| PIP.22100012 | 12/14/2022 | 1 | Ea | $1,000.00 | $1,000.00 |
| Posterior Lumbar Interbody Fusion Cage L22 X W10 X H12 | | | | | |

| | Total | $18,795.00 |
|---|---|---|

**Vendor Message**

Please ship standard overnight and provide tracking once available, thank you!



P2205

Complaint Ex B-2

# Purchase Order



**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co

| Requested From | Ship To | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 1/4/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 1/6/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2248**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 1/6/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 1/6/2023 | 6 | Ea | $350.00 | $2,100.00 |
| FX.PS.7540<br>Sacral Polyaxial Screw 7.5 X 40Mm | 1/6/2023 | 2 | Ea | $350.00 | $700.00 |
| FE.RC.0110<br>Curved Rod 5.5 X 110Mm | 1/6/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 1/6/2023 | 36 | Ea | $35.00 | $1,260.00 |
| FX.PS.5530<br>Sacral Polyaxial Screw 5.5 X 30Mm | 1/6/2023 | 5 | Ea | $350.00 | $1,750.00 |
| FX.PS.5535<br>Sacral Polyaxial Screw 5.5 X 35Mm | 1/6/2023 | 5 | Ea | $350.00 | $1,750.00 |
| FX.PD.5535<br>Reduction Polyaxial Screw 5.5 X 35Mm | 1/6/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.5540<br>Reduction Polyaxial Screw 5.5 X 40Mm | 1/6/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.6540<br>Reduction Polyaxial Screw 6.5 X 40Mm | 1/6/2023 | 6 | Ea | $450.00 | $2,700.00 |
| FX.PD.6545<br>Reduction Polyaxial Screw 6.5 X 45Mm | 1/6/2023 | 6 | Ea | $450.00 | $2,700.00 |
| AC.RA.0500<br>Rod Straight D5.5 X 500Mm | 1/6/2023 | 2 | Ea | $100.00 | $200.00 |

| | Total | $15,860.00 |
|---|---|---|



P2248

1 of 2

<span style="color:red">Complaint Ex B-3</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



**Vendor Message**

2 day shipping to arrive Friday would be perfect. Please confirm and send
tracking once available, thank you!



P2248

<span style="color:red">Complaint Ex B-4</span>

# Purchase Order

**RC3/Advantage Medical**
 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| **Requested From** | **Ship To** | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 1/12/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 1/13/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx Standard Overnight |
| 19403-3967 | | | |
| United States | | **Terms** | Net 45 |
| (877) 394-5407 | | | |

# Purchase Order **P2269**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 1/12/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 1/12/2023 | 2 | Ea | $350.00 | $700.00 |
| FE.RC.0040<br>Curved Rod 5.5 X 40Mm | 1/12/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 1/12/2023 | 20 | Ea | $35.00 | $700.00 |
| PIP.22100009<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H9 | 1/12/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| FX.PD.6530<br>Reduction Polyaxial Screw 6.5 X 30Mm | 1/12/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.6535<br>Reduction Polyaxial Screw 6.5 X 35Mm | 1/12/2023 | 4 | Ea | $450.00 | $1,800.00 |
| FX.PD.6540<br>Reduction Polyaxial Screw 6.5 X 40Mm | 1/12/2023 | 6 | Ea | $450.00 | $2,700.00 |
| FX.PD.7535<br>Reduction Polyaxial Screw 7.5 X 35Mm | 1/12/2023 | 2 | Ea | $450.00 | $900.00 |
| FH.DCO.020012<br>Rod To Rod Connector Open 5.5 Domino - 2 Hole, 0 Deg, 12mm Offset | 1/12/2023 | 2 | Ea | $300.00 | $600.00 |
| FE.RC.0080<br>Curved Rod 5.5 X 80Mm | 1/12/2023 | 2 | Ea | $100.00 | $200.00 |

| | Total | $10,400.00 |
|---|---|---|

**Vendor Message**



P2269

<span style="color:red">Complaint Ex B-5</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



Please confirm and send tracking once available, thank you!



Complaint Ex B-6

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



| Requested From | Ship To | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 1/19/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 1/23/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order P2282

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| ACP.12140709 | 1/23/2023 | 2 | Ea | $425.00 | $850.00 |
| Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 9 X 7 | | | | | |
| ACP.12140710 | 1/23/2023 | 2 | Ea | $425.00 | $850.00 |
| Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 10 X 7 | | | | | |
| FX.SS.0010 | 1/23/2023 | 2 | Ea | $35.00 | $70.00 |
| Set Screw | | | | | |
| | | | | **Total** | **$1,770.00** |



P2282

Complaint Ex B-7

# Purchase Order

**RC3/Advantage Medical**
 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



| Requested From | Ship To | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 1/25/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 1/27/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order <span style="color:green">P2291</span>

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545 | 1/27/2023 | 4 | Ea | $350.00 | $1,400.00 |
| Sacral Polyaxial Screw 6.5 X 45Mm | | | | | |
| FX.PS.6550 | 1/27/2023 | 4 | Ea | $350.00 | $1,400.00 |
| Sacral Polyaxial Screw 6.5 X 50Mm | | | | | |
| FE.RC.0040 | 1/27/2023 | 4 | Ea | $100.00 | $400.00 |
| Curved Rod 5.5 X 40Mm | | | | | |
| FX.SS.0010 | 1/27/2023 | 16 | Ea | $35.00 | $560.00 |
| Set Screw | | | | | |
| AT.CC.4663 | 1/27/2023 | 1 | Ea | $350.00 | $350.00 |
| Cross Link 5.5 Curved Length 46-63 | | | | | |
| FX.PS.6555 | 1/27/2023 | 4 | Ea | $350.00 | $1,400.00 |
| Sacral Polyaxial Screw 6.5 X 55Mm | | | | | |
| FX.PS.7550 | 1/27/2023 | 3 | Ea | $350.00 | $1,050.00 |
| Sacral Polyaxial Screw 7.5 X 50Mm | | | | | |
| FX.PS.7555 | 1/27/2023 | 1 | Ea | $350.00 | $350.00 |
| Sacral Polyaxial Screw 7.5 X 55Mm | | | | | |
| FE.RC.0100 | 1/27/2023 | 1 | Ea | $100.00 | $100.00 |
| Curved Rod 5.5 X 100Mm | | | | | |
| FE.RC.0110 | 1/27/2023 | 1 | Ea | $100.00 | $100.00 |
| Curved Rod 5.5 X 110Mm | | | | | |
| PIP.22100014 | 1/27/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| Posterior Lumbar Interbody Fusion Cage L22 X W10 X H14 | | | | | |

| | Total | $8,110.00 |
|---|---|---|

**Vendor Message**



P2291

<span style="color:red">Complaint Ex B-8</span>

# Purchase Order

**RC3/Advantage Medical**

 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



Please confirm and send tracking once available, thank you!



2 of 2

<span style="color:red">Complaint Ex B-9</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| | | |
|---|---|---|
| **Requested From** | **Ship To** | |
| Dio Medical Corporation | Jason Foster | **Date** 2/1/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** 2/3/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** |
| East Norriton Pennsylvania | United States | **Ship Via** FedEx 2Day |
| 19403-3967 | | **Terms** Net 45 |
| United States | | |
| (877) 394-5407 | | |

# Purchase Order **P2308**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6530<br>Sacral Polyaxial Screw 6.5 X 30Mm | 2/3/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 2/3/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 2/3/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.PD.6540<br>Reduction Polyaxial Screw 6.5 X 40Mm | 2/3/2023 | 10 | Ea | $450.00 | $4,500.00 |
| FX.PD.6545<br>Reduction Polyaxial Screw 6.5 X 45Mm | 2/3/2023 | 3 | Ea | $450.00 | $1,350.00 |
| AC.RA.0500<br>Rod Straight D5.5 X 500Mm | 2/3/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 2/3/2023 | 16 | Ea | $35.00 | $560.00 |

| | Total | $8,010.00 |
|---|---|---|

**Vendor Message**

Please confirm and send tracking once available, thank you!



P2308

1 of 1

Complaint Ex B-10

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



| | |
|---|---|
| **Requested From** | **Ship To** |
| Dio Medical Corporation | Operations Manager |
| 2100 Campus Ln | Advantage Medical |
| Suite 100 | 500 South Gravers Road |
| East Norriton Pennsylvania | Suite 200 |
| 19403-3967 | Plymouth Meeting PA 19462 |
| United States | United States |
| (877) 394-5407 | |

| | |
|---|---|
| **Date** | 2/14/2023 |
| **Expected Receipt Date** | 2/15/2023 |
| **Account #** | |
| **Ship Via** | |
| **Terms** | Net 45 |

# Purchase Order **P2326**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| SIT.106530<br>SIJ, Standard Thread OD6.5xL30 | 2/28/2023 | 2 | Ea | $350.00 | $700.00 |
| SIT.106540<br>SIJ, Standard Thread OD6.5xL40 | 2/28/2023 | 1 | Ea | $350.00 | $350.00 |
| SIT.106545<br>SIJ, Standard Thread OD6.5xL45 | 2/28/2023 | 1 | Ea | $350.00 | $350.00 |
| SIT.106550<br>SIJ, Standard Thread OD6.5xL50 | 2/28/2023 | 1 | Ea | $350.00 | $350.00 |
| SIT.109530<br>SIJ, Standard Thread OD9.5xL30 | 2/28/2023 | 1 | Ea | $350.00 | $350.00 |
| SIT.109545<br>SIJ, Standard Thread OD9.5xL45 | 2/28/2023 | 1 | Ea | $350.00 | $350.00 |
| SIT.112530<br>SIJ, Standard Thread OD12.5xL30 | 2/28/2023 | 2 | Ea | $350.00 | $700.00 |
| SIT.112545<br>SIJ, Standard Thread OD12.5xL45 | 2/28/2023 | 2 | Ea | $350.00 | $700.00 |

| | |
|---|---|
| **Total** | **$3,850.00** |



P2326

1 of 1

<span style="color:red">Complaint Ex B-11</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



| **Requested From** | **Ship To** | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 2/16/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 2/20/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2335**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 2/20/2023 | 8 | Ea | $350.00 | $2,800.00 |
| FE.RC.0090<br>Curved Rod 5.5 X 90Mm | 2/20/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 2/20/2023 | 12 | Ea | $35.00 | $420.00 |
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 2/20/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PS.7540<br>Sacral Polyaxial Screw 7.5 X 40Mm | 2/20/2023 | 2 | Ea | $350.00 | $700.00 |
| FE.RC.0040<br>Curved Rod 5.5 X 40Mm | 2/20/2023 | 2 | Ea | $100.00 | $200.00 |
| PIP.22100010<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H10 | 2/20/2023 | 1 | Ea | $1,000.00 | $1,000.00 |

| | Total | $6,020.00 |
|---|---|---|

**Vendor Message**

Please confirm and send tracking once available, thank you!


P2335

1 of 1

<span style="color:red">Complaint Ex B-12</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



| Requested From | Ship To | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 2/22/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 2/24/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2347**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545 | 2/24/2023 | 1 | Ea | $350.00 | $350.00 |
| Sacral Polyaxial Screw 6.5 X 45Mm | | | | | |
| FX.PS.6550 | 2/24/2023 | 5 | Ea | $350.00 | $1,750.00 |
| Sacral Polyaxial Screw 6.5 X 50Mm | | | | | |
| FE.RC.0065 | 2/24/2023 | 2 | Ea | $100.00 | $200.00 |
| Curved Rod 5.5 X 65Mm | | | | | |
| FX.SS.0010 | 2/24/2023 | 6 | Ea | $35.00 | $210.00 |
| Set Screw | | | | | |

| | **Total** | **$2,510.00** |
|---|---|---|

**Vendor Message**

Please confirm and send tracking once available, thank you!



P2347

1 of 1

<span style="color:red">Complaint Ex B-13</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



**Requested From**

Dio Medical Corporation
2100 Campus Ln
Suite 100
East Norriton Pennsylvania
19403-3967
United States
(877) 394-5407

**Ship To**

Jason Foster
6714 Mirror Lake Ave
Tampa FL 33634
United States

| | |
|---|---|
| **Date** | 2/24/2023 |
| **Expected Receipt Date** | 2/28/2023 |
| **Account #** | |
| **Ship Via** | FedEx 2Day |
| **Terms** | Net 45 |

# Purchase Order **P2358**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6530 | 2/28/2023 | 3 | Ea | $350.00 | $1,050.00 |
| Sacral Polyaxial Screw 6.5 X 30Mm | | | | | |
| FX.PS.6535 | 2/28/2023 | 3 | Ea | $350.00 | $1,050.00 |
| Sacral Polyaxial Screw 6.5 X 35Mm | | | | | |
| FX.SS.0010 | 2/28/2023 | 6 | Ea | $35.00 | $210.00 |
| Set Screw | | | | | |

| | |
|---|---|
| **Total** | **$2,310.00** |

**Vendor Message**

Please ship 2 day and confirm with tracking once available, thank you!



P2358

Complaint Ex B-14

# Purchase Order

**RC3/Advantage Medical**
 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



**Requested From**

Dio Medical Corporation
2100 Campus Ln
Suite 100
East Norriton Pennsylvania
19403-3967
United States

(877) 394-5407

**Ship To**

Operations Manager
RC3 Innovations, LLC dba
Advantage Medical
500 S. Gravers Road
Suite 200
Plymouth Meeting PA 19462
United States

| | |
|---|---|
| **Date** | 3/1/2023 |
| **Expected Receipt Date** | 3/3/2023 |
| **Account #** | |
| **Ship Via** | FedEx 2Day |
| **Terms** | Net 45 |

# Purchase Order **P2370**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| SIT.109540 | 3/3/2023 | 1 | Ea | $350.00 | $350.00 |
| SIJ, Standard Thread OD9.5xL40 | | | | | |
| SIT.109535 | 3/3/2023 | 1 | Ea | $350.00 | $350.00 |
| SIJ, Standard Thread OD9.5xL35 | | | | | |

| | |
|---|---|
| **Total** | **$700.00** |

**Vendor Message**

2 day shipping is fine, please confirm with tracking once available.



P2370

1 of 1

*Complaint Ex B-15*

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| **Requested From** | **Ship To** | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 3/1/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 3/3/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2371**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6550<br>Sacral Polyaxial Screw 6.5 X 50Mm | 3/3/2023 | 4 | Ea | $350.00 | $1,400.00 |
| FE.RC.0045<br>Curved Rod 5.5 X 45Mm | 3/3/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 3/3/2023 | 6 | Ea | $35.00 | $210.00 |
| FX.DS.0010<br>Deformity Set Screw | 3/3/2023 | 20 | Ea | $35.00 | $700.00 |
| FX.PS.5525<br>Sacral Polyaxial Screw 5.5 X 25Mm | 3/3/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PD.5530<br>Reduction Polyaxial Screw 5.5 X 30Mm | 3/3/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.5535<br>Reduction Polyaxial Screw 5.5 X 35Mm | 3/3/2023 | 11 | Ea | $450.00 | $4,950.00 |
| FX.PD.6535<br>Reduction Polyaxial Screw 6.5 X 35Mm | 3/3/2023 | 3 | Ea | $450.00 | $1,350.00 |
| FX.PD.6540<br>Reduction Polyaxial Screw 6.5 X 40Mm | 3/3/2023 | 4 | Ea | $450.00 | $1,800.00 |
| AC.RA.0500<br>Rod Straight D5.5 X 500Mm | 3/3/2023 | 2 | Ea | $100.00 | $200.00 |

| | Total | $12,410.00 |
|---|---|---|

**Vendor Message**

Please confirm and send tracking once available, thank you!


P2371

Complaint Ex B-16

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



**Requested From**

Dio Medical Corporation
2100 Campus Ln
Suite 100
East Norriton Pennsylvania
19403-3967
United States
(877) 394-5407

**Ship To**

Jason Foster
6714 Mirror Lake Ave
Tampa FL 33634
United States

| | |
|---|---|
| **Date** | 3/8/2023 |
| **Expected Receipt Date** | 3/10/2023 |
| **Account #** | |
| **Ship Via** | FedEx 2Day |
| **Terms** | Net 45 |

# Purchase Order **P2390**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 3/10/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 3/10/2023 | 10 | Ea | $350.00 | $3,500.00 |
| FX.PS.7545<br>Sacral Polyaxial Screw 7.5 X 45Mm | 3/10/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.SS.0010<br>Set Screw | 3/10/2023 | 16 | Ea | $35.00 | $560.00 |
| FE.RC.0120<br>Curved Rod 5.5 X 120Mm | 3/10/2023 | 1 | Ea | $100.00 | $100.00 |
| FE.RC.0110<br>Curved Rod 5.5 X 110Mm | 3/10/2023 | 1 | Ea | $100.00 | $100.00 |
| FX.PS.6550<br>Sacral Polyaxial Screw 6.5 X 50Mm | 3/10/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.PS.7550<br>Sacral Polyaxial Screw 7.5 X 50Mm | 3/10/2023 | 2 | Ea | $350.00 | $700.00 |
| PIP.22100013<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H13 | 3/10/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| FE.RC.0060<br>Curved Rod 5.5 X 60Mm | 3/10/2023 | 1 | Ea | $100.00 | $100.00 |
| FE.RC.0065<br>Curved Rod 5.5 X 65Mm | 3/10/2023 | 1 | Ea | $100.00 | $100.00 |

| | |
|---|---|
| **Total** | **$7,560.00** |

**Vendor Message**



P2390

Complaint Ex B-17

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



Please confirm and send tracking once available, thank you!



P2390

Complaint Ex B-18

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



| | | | | |
|---|---|---|---|---|
| **Requested From** | **Ship To** | | | |
| Dio Medical Corporation | Jason Foster | **Date** | | 3/16/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | | 3/20/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | | |
| East Norriton Pennsylvania | United States | **Ship Via** | | FedEx 2Day |
| 19403-3967 | | **Terms** | | Net 45 |
| United States | | | | |
| (877) 394-5407 | | | | |

# Purchase Order **P2400**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.5530 | 3/16/2023 | 4 | Ea | $350.00 | $1,400.00 |
| Sacral Polyaxial Screw 5.5 X 30Mm | | | | | |
| FX.SS.0010 | 3/16/2023 | 14 | Ea | $35.00 | $490.00 |
| Set Screw | | | | | |
| ACP.12140708 | 3/16/2023 | 4 | Ea | $425.00 | $1,700.00 |
| Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 8 X 7 | | | | | |
| FX.PS.6550 | 3/16/2023 | 4 | Ea | $350.00 | $1,400.00 |
| Sacral Polyaxial Screw 6.5 X 50Mm | | | | | |
| FX.PS.7550 | 3/16/2023 | 2 | Ea | $350.00 | $700.00 |
| Sacral Polyaxial Screw 7.5 X 50Mm | | | | | |
| FX.PS.7570 | 3/16/2023 | 2 | Ea | $350.00 | $700.00 |
| Sacral Polyaxial Screw 7.5 X 70Mm | | | | | |
| PIP.22100014 | 3/16/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| Posterior Lumbar Interbody Fusion Cage L22 X W10 X H14 | | | | | |
| AC.RA.0500 | 3/16/2023 | 2 | Ea | $100.00 | $200.00 |
| Rod Straight D5.5 X 500Mm | | | | | |
| AC.RA.0200 | 3/16/2023 | 2 | Ea | $100.00 | $200.00 |
| Rod Straight D5.5 X 200Mm | | | | | |
| FH.LL.0010 | 3/16/2023 | 2 | Ea | $402.00 | $804.00 |
| Lateral Connector Open 20Mm Small | | | | | |
| FH.DCO.020012 | 3/16/2023 | 4 | Ea | $300.00 | $1,200.00 |
| Rod To Rod Connector Open 5.5 Domino - 2 Hole, 0 Deg, 12mm Offset | | | | | |
| FX.DS.0010 | 3/16/2023 | 20 | Ea | $35.00 | $700.00 |
| Deformity Set Screw | | | | | |
| FE.RC.0140 | 3/16/2023 | 2 | Ea | $100.00 | $200.00 |
| Curved Rod 5.5 X 140Mm | | | | | |



P2400

Complaint Ex B-19

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



| Total | $10,694.00 |
|---|---|

**Vendor Message**

Please confirm and send tracking once available, thank you!



P2400

2 of 2

<span style="color:red">Complaint Ex B-20</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



| Requested From | Ship To | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 03/23/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 03/27/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2410**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 03/27/2023 | 12 | Ea | $350.00 | $4,200.00 |
| FE.RC.0065<br>Curved Rod 5.5 X 65Mm | 03/27/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 03/27/2023 | 25 | Ea | $35.00 | $875.00 |
| FX.PS.6550<br>Sacral Polyaxial Screw 6.5 X 50Mm | 03/27/2023 | 5 | Ea | $350.00 | $1,750.00 |
| FX.PS.6555<br>Sacral Polyaxial Screw 6.5 X 55Mm | 03/27/2023 | 3 | Ea | $350.00 | $1,050.00 |
| FE.RC.0070<br>Curved Rod 5.5 X 70Mm | 03/27/2023 | 1 | Ea | $100.00 | $100.00 |
| FE.RC.0080<br>Curved Rod 5.5 X 80Mm | 03/27/2023 | 3 | Ea | $100.00 | $300.00 |
| FE.RC.0060<br>Curved Rod 5.5 X 60Mm | 03/27/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.PS.7540<br>Sacral Polyaxial Screw 7.5 X 40Mm | 03/27/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PS.7545<br>Sacral Polyaxial Screw 7.5 X 45Mm | 03/27/2023 | 4 | Ea | $350.00 | $1,400.00 |
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 03/27/2023 | 1 | Ea | $350.00 | $350.00 |
| FE.RC.0090<br>Curved Rod 5.5 X 90Mm | 03/27/2023 | 1 | Ea | $100.00 | $100.00 |

| | Total | $11,225.00 |
|---|---|---|



P2410

Complaint Ex B-21

# Purchase Order

**RC3/Advantage Medical**
 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



**Vendor Message**

Please confirm and send tracking once available, thank you!



Complaint Ex B-22

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| | | | |
|---|---|---|---|
| **Requested From** | **Ship To** | **Date** | 3/31/2023 |
| Dio Medical Corporation | Jason Foster | **Expected Receipt Date** | 4/3/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Account #** | |
| Suite 100 | Tampa FL 33634 | **Ship Via** | FedEx Standard Overnight |
| East Norriton Pennsylvania | United States | | |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2433**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545 | 3/31/2023 | 4 | Ea | $350.00 | $1,400.00 |
| Sacral Polyaxial Screw 6.5 X 45Mm | | | | | |
| FX.PS.7545 | 3/31/2023 | 2 | Ea | $350.00 | $700.00 |
| Sacral Polyaxial Screw 7.5 X 45Mm | | | | | |
| FE.RC.0060 | 3/31/2023 | 2 | Ea | $100.00 | $200.00 |
| Curved Rod 5.5 X 60Mm | | | | | |
| FX.SS.0010 | 3/31/2023 | 8 | Ea | $35.00 | $280.00 |
| Set Screw | | | | | |
| PIP.22100010 | 3/31/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| Posterior Lumbar Interbody Fusion Cage L22 X W10 X H10 | | | | | |
| FX.PS.5530 | 3/31/2023 | 2 | Ea | $350.00 | $700.00 |
| Sacral Polyaxial Screw 5.5 X 30Mm | | | | | |

| | Total | $4,280.00 |
|---|---|---|

**Vendor Message**

Please ship overnight to arrive Monday 4/3. Thank you!



P2433

1 of 1

<span style="color:red">Complaint Ex B-23</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



| | | | |
|---|---|---|---|
| **Requested From** | **Ship To** | **Date** | 4/7/2023 |
| Dio Medical Corporation | Jason Foster | **Expected Receipt Date** | 4/10/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Account #** | |
| Suite 100 | Tampa FL 33634 | **Ship Via** | FedEx Standard Overnight |
| East Norriton Pennsylvania | United States | | |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2447**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| ACP.12140709<br>Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 9 X 7 | 4/7/2023 | 1 | Ea | $425.00 | $425.00 |
| ACP.12140710<br>Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 10 X 7 | 4/7/2023 | 1 | Ea | $425.00 | $425.00 |
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 4/7/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 4/7/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.SS.0010<br>Set Screw | 4/7/2023 | 4 | Ea | $35.00 | $140.00 |
| FE.RC.0040<br>Curved Rod 5.5 X 40Mm | 4/7/2023 | 1 | Ea | $100.00 | $100.00 |
| FE.RC.0035<br>Curved Rod 5.5 X 35Mm | 4/7/2023 | 1 | Ea | $100.00 | $100.00 |
| PIP.22100009<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H9 | 4/7/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| PIP.22100010<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H10 | 4/7/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| FX.PD.7535<br>Reduction Polyaxial Screw 7.5 X 35Mm | 4/7/2023 | 1 | Ea | $450.00 | $450.00 |
| FX.PD.7540<br>Reduction Polyaxial Screw 7.5 X 40Mm | 4/7/2023 | 3 | Ea | $450.00 | $1,350.00 |
| FX.PD.7545<br>Reduction Polyaxial Screw 7.5 X 45Mm | 4/7/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.8540<br>Reduction Polyaxial Screw 8.5 X 40Mm | 4/7/2023 | 1 | Ea | $450.00 | $450.00 |


P2447

<span style="color:red">Complaint Ex B-24</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.8570<br>Sacral Polyaxial Screw 8.5 X 70Mm | 4/7/2023 | 2 | Ea | $350.00 | $700.00 |
| AC.RA.0500<br>Rod Straight D5.5 X 500Mm | 4/7/2023 | 3 | Ea | $100.00 | $300.00 |
| FX.PD.6530<br>Reduction Polyaxial Screw 6.5 X 30Mm | 4/7/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.5535<br>Reduction Polyaxial Screw 5.5 X 35Mm | 4/7/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.7530<br>Reduction Polyaxial Screw 7.5 X 30Mm | 4/7/2023 | 1 | Ea | $450.00 | $450.00 |
| FE.RC.0150<br>Curved Rod 5.5 X 150Mm | 4/7/2023 | 1 | Ea | $100.00 | $100.00 |
| FH.LC.0010<br>Lateral Connector Open 10Mm | 4/7/2023 | 2 | Ea | $300.00 | $600.00 |
| FH.DCO.020012<br>Rod To Rod Connector Open 5.5 Domino - 2 Hole, 0 Deg, 12mm Offset | 4/7/2023 | 4 | Ea | $300.00 | $1,200.00 |
| FX.DS.0010<br>Deformity Set Screw | 4/7/2023 | 44 | Ea | $35.00 | $1,540.00 |
| FX.PD.5530<br>Reduction Polyaxial Screw 5.5 X 30Mm | 4/7/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.6530<br>Reduction Polyaxial Screw 6.5 X 30Mm | 4/7/2023 | 5 | Ea | $450.00 | $2,250.00 |
| FX.PD.6535<br>Reduction Polyaxial Screw 6.5 X 35Mm | 4/7/2023 | 5 | Ea | $450.00 | $2,250.00 |
| FX.PD.6540<br>Reduction Polyaxial Screw 6.5 X 40Mm | 4/7/2023 | 7 | Ea | $450.00 | $3,150.00 |
| FX.PD.6545<br>Reduction Polyaxial Screw 6.5 X 45Mm | 4/7/2023 | 3 | Ea | $450.00 | $1,350.00 |

| | Total | $24,330.00 |
|---|---|---|

**Vendor Message**

Please ship standard overnight and confirm with tracking once available, thank you!



P2447

Complaint Ex B-25

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



| **Requested From** | **Ship To** | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 4/12/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 4/14/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2455**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| ACP.12140710 | 4/14/2023 | 1 | Ea | $425.00 | $425.00 |
| Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 10 X 7 | | | | | |
| ACP.12140711 | 4/14/2023 | 1 | Ea | $425.00 | $425.00 |
| Anterior Cervical Discectomy Fusion Cage Convex L12 X W14 X H11 X A7 | | | | | |

| | Total | $850.00 |
|---|---|---|

**Vendor Message**

Please confirm and send tracking once available, thank you!



P2455

1 of 1

Complaint Ex B-26

# Purchase Order

**RC3/Advantage Medical**
 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



| Requested From | Ship To | | |
|---|---|---|---|
| Dio Medical Corporation | Jason Foster | **Date** | 5/2/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 5/4/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2490**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| ACP.12140709<br>Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 9 X 7 | 5/4/2023 | 5 | Ea | $425.00 | $2,125.00 |
| FX.PS.6540<br>Sacral Polyaxial Screw 6.5 X 40Mm | 5/4/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 5/4/2023 | 7 | Ea | $350.00 | $2,450.00 |
| FE.RC.0090<br>Curved Rod 5.5 X 90Mm | 5/4/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 5/4/2023 | 16 | Ea | $35.00 | $560.00 |
| FH.LC.0010<br>Lateral Connector Open 10Mm | 5/2/2023 | 2 | Ea | $300.00 | $600.00 |
| FE.RC.0140<br>Curved Rod 5.5 X 140Mm | 5/4/2023 | 1 | Ea | $100.00 | $100.00 |
| FX.PD.6550<br>Reduction Polyaxial Screw 6.5 X 50Mm | 5/4/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PD.7545<br>Reduction Polyaxial Screw 7.5 X 45Mm | 5/4/2023 | 2 | Ea | $450.00 | $900.00 |
| FX.PS.7565<br>Sacral Polyaxial Screw 7.5 X 65Mm | 5/4/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.PS.7570<br>Sacral Polyaxial Screw 7.5 X 70Mm | 5/4/2023 | 1 | Ea | $350.00 | $350.00 |
| AC.RC.5140<br>Pre-Bent Rod 5.5 X 140Mm | 5/4/2023 | 1 | Ea | $100.00 | $100.00 |
| AC.RC.5150<br>Pre-Bent Rod 5.5 X 150Mm | 5/4/2023 | 1 | Ea | $100.00 | $100.00 |


P2490

Complaint Ex B-27

# Purchase Order

**RC3/Advantage Medical**

70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| | Total | $9,085.00 |
|---|---|---|

**Vendor Message**

Please confirm and send tracking once available, thank you!



P2490

2 of 2

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| | | | |
|---|---|---|---|
| **Requested From** | **Ship To** | | |
| Dio Medical Corporation | Jason Foster | **Date** | 5/4/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** | 5/8/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order **P2495**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 5/8/2023 | 4 | Ea | $350.00 | $1,400.00 |
| FX.PS.7545<br>Sacral Polyaxial Screw 7.5 X 45Mm | 5/8/2023 | 2 | Ea | $350.00 | $700.00 |
| FX.PS.7570<br>Sacral Polyaxial Screw 7.5 X 70Mm | 5/8/2023 | 2 | Ea | $350.00 | $700.00 |
| FE.RC.0110<br>Curved Rod 5.5 X 110Mm | 5/8/2023 | 2 | Ea | $100.00 | $200.00 |
| PIP.22100012<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H12 | 5/8/2023 | 2 | Ea | $1,000.00 | $2,000.00 |
| FH.LC.0010<br>Lateral Connector Open 10Mm | 5/8/2023 | 2 | Ea | $300.00 | $600.00 |
| FX.SS.0010<br>Set Screw | 5/8/2023 | 10 | Ea | $35.00 | $350.00 |

| | |
|---|---|
| **Total** | **$5,950.00** |

**Vendor Message**

These can ship 2 day to arrive Monday, please confirm and send tracking once available. Thank you!


P2495

Complaint Ex B-29

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| | | |
|---|---|---|
| **Requested From** | **Ship To** | |
| Dio Medical Corporation | Jason Foster | **Date** 5/11/2023 |
| 2100 Campus Ln | 6714 Mirror Lake Ave | **Expected Receipt Date** 5/12/2023 |
| Suite 100 | Tampa FL 33634 | **Account #** |
| East Norriton Pennsylvania | United States | **Ship Via** FedEx Standard Overnight |
| 19403-3967 | | |
| United States | | **Terms** Net 45 |
| (877) 394-5407 | | |

# Purchase Order **P2505**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| ACP.12140710 | 5/12/2023 | 1 | Ea | $425.00 | $425.00 |
| Anterior Cervical Discectomy Fusion Cage Convex 12 X 14 X 10 X 7 | | | | | |
| FX.PS.6550 | 5/12/2023 | 4 | Ea | $350.00 | $1,400.00 |
| Sacral Polyaxial Screw 6.5 X 50Mm | | | | | |
| FX.PS.6555 | 5/12/2023 | 2 | Ea | $350.00 | $700.00 |
| Sacral Polyaxial Screw 6.5 X 55Mm | | | | | |
| FX.PS.7550 | 5/12/2023 | 2 | Ea | $350.00 | $700.00 |
| Sacral Polyaxial Screw 7.5 X 50Mm | | | | | |
| FE.RC.0090 | 5/12/2023 | 2 | Ea | $100.00 | $200.00 |
| Curved Rod 5.5 X 90Mm | | | | | |
| FX.SS.0010 | 5/12/2023 | 8 | Ea | $35.00 | $280.00 |
| Set Screw | | | | | |

| | |
|---|---|
| **Total** | **$3,705.00** |

**Vendor Message**

Please ship standard overnight and confirm and send tracking once available, thank you!


P2505

Complaint Ex B-30

# Purchase Order

**RC3/Advantage Medical**
 70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
**accounting@advantagemed.co**



| | | | | |
|---|---|---|---|---|
| **Requested From** | | **Ship To** | | |
| Dio Medical Corporation | | Jason Foster | **Date** | 5/15/2023 |
| 2100 Campus Ln | | 6714 Mirror Lake Ave | **Expected Receipt Date** | 5/17/2023 |
| Suite 100 | | Tampa FL 33634 | **Account #** | |
| East Norriton Pennsylvania | | United States | **Ship Via** | FedEx 2Day |
| 19403-3967 | | | **Terms** | Net 45 |
| United States | | | | |
| (877) 394-5407 | | | | |

# Purchase Order **P2507**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545 | 5/17/2023 | 8 | Ea | $350.00 | $2,800.00 |
| Sacral Polyaxial Screw 6.5 X 45Mm | | | | | |

| | |
|---|---|
| **Total** | **$2,800.00** |

**Vendor Message**

Please confirm and send tracking once available, thank you!



P2507

1 of 1

<span style="color:red">Complaint Ex B-31</span>

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



**Requested From**

Dio Medical Corporation
2100 Campus Ln
Suite 100
East Norriton Pennsylvania
19403-3967
United States
(877) 394-5407

**Ship To**

Jason Foster
6714 Mirror Lake Ave
Tampa FL 33634
United States

| | |
|---|---|
| **Date** | 5/22/2023 |
| **Expected Receipt Date** | 5/24/2023 |
| **Account #** | |
| **Ship Via** | FedEx 2Day |
| **Terms** | Net 45 |

# Purchase Order **P2516**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 5/24/2023 | 9 | Ea | $350.00 | $3,150.00 |
| FX.PS.6550<br>Sacral Polyaxial Screw 6.5 X 50Mm | 5/24/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.PS.8045<br>Rexious Polyaxial A Type Pedicle Screw 8.0 x 45mm | 5/24/2023 | 2 | Ea | $350.00 | $700.00 |
| FE.RC.0060<br>Curved Rod 5.5 X 60Mm | 5/24/2023 | 2 | Ea | $100.00 | $200.00 |
| PIP.22100012<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H12 | 5/24/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| FX.PS.7545<br>Sacral Polyaxial Screw 7.5 X 45Mm | 5/24/2023 | 1 | Ea | $350.00 | $350.00 |
| FX.SS.0010<br>Set Screw | 5/24/2023 | 12 | Ea | $35.00 | $420.00 |
| FE.RC.0065<br>Curved Rod 5.5 X 65Mm | 5/24/2023 | 2 | Ea | $100.00 | $200.00 |

| | |
|---|---|
| **Total** | **$6,370.00** |

**Vendor Message**

Please confirm and send tracking once available, thank you!



P2516

1 of 1

Complaint Ex B-32

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



**Requested From**

Dio Medical Corporation
2100 Campus Ln
Suite 100
East Norriton Pennsylvania
19403-3967
United States
(877) 394-5407

**Ship To**

Jason Foster
6714 Mirror Lake Ave
Tampa FL 33634
United States

| | |
|---|---|
| **Date** | 6/2/2023 |
| **Expected Receipt Date** | 6/6/2023 |
| **Account #** | |
| **Ship Via** | FedEx 2Day |
| **Terms** | Net 45 |

# Purchase Order **P2534**

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545 | 6/6/2023 | 3 | Ea | $350.00 | $1,050.00 |
| Sacral Polyaxial Screw 6.5 X 45Mm | | | | | |
| FX.PS.6550 | 6/6/2023 | 1 | Ea | $350.00 | $350.00 |
| Sacral Polyaxial Screw 6.5 X 50Mm | | | | | |
| FE.RC.0040 | 6/6/2023 | 2 | Ea | $100.00 | $200.00 |
| Curved Rod 5.5 X 40Mm | | | | | |
| FX.SS.0010 | 6/6/2023 | 4 | Ea | $35.00 | $140.00 |
| Set Screw | | | | | |
| PIP.22100013 | 6/6/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| Posterior Lumbar Interbody Fusion Cage L22 X W10 X H13 | | | | | |

| | | |
|---|---|---|
| | **Total** | **$2,740.00** |

**Vendor Message**

Please confirm and send tracking once available, 2day shipping is fine. Thank you!



P2534

1 of 1

Complaint Ex B-33

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
**Saint Simons Island GA 31522**
**United States**
**833-933-4723**
accounting@advantagemed.co



**Requested From**

Dio Medical Corporation
2100 Campus Ln
Suite 100
East Norriton Pennsylvania
19403-3967
United States
(877) 394-5407

**Ship To**

Jason Foster
6714 Mirror Lake Ave
Tampa FL 33634
United States

| | |
|---|---|
| **Date** | 6/7/2023 |
| **Expected Receipt Date** | 6/9/2023 |
| **Account #** | |
| **Ship Via** | FedEx 2Day |
| **Terms** | Net 45 |

# Purchase Order P2541

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| FX.PS.6545<br>Sacral Polyaxial Screw 6.5 X 45Mm | 6/9/2023 | 11 | Ea | $350.00 | $3,850.00 |
| FX.PS.6550<br>Sacral Polyaxial Screw 6.5 X 50Mm | 6/9/2023 | 1 | Ea | $350.00 | $350.00 |
| FE.RC.0040<br>Curved Rod 5.5 X 40Mm | 6/9/2023 | 2 | Ea | $100.00 | $200.00 |
| FX.SS.0010<br>Set Screw | 6/9/2023 | 14 | Ea | $35.00 | $490.00 |
| FX.PS.7545<br>Sacral Polyaxial Screw 7.5 X 45Mm | 6/9/2023 | 2 | Ea | $350.00 | $700.00 |
| FE.RC.0120<br>Curved Rod 5.5 X 120Mm | 6/9/2023 | 2 | Ea | $100.00 | $200.00 |
| PIP.22100011<br>Posterior Lumbar Interbody Fusion Cage L22 X W10 X H11 | 6/9/2023 | 1 | Ea | $1,000.00 | $1,000.00 |
| FE.RC.0130<br>Curved Rod 5.5 X 130Mm | 6/9/2023 | 1 | Ea | $100.00 | $100.00 |

| | | |
|---|---|---|
| | **Total** | **$6,890.00** |

**Vendor Message**

Please confirm and send tracking once available, thank you!


P2541

Complaint Ex B-34

# Purchase Order

**RC3/Advantage Medical**
70 Gruber Ln Ste 120
Saint Simons Island GA 31522
United States
833-933-4723
accounting@advantagemed.co



| Requested From | Ship To | | |
|---|---|---|---|
| Dio Medical Corporation | BILL ONLY PO | **Date** | 6/19/2023 |
| 2100 Campus Ln | No Shipping Required | **Expected Receipt Date** | |
| Suite 100 | GA 31522 | **Account #** | |
| East Norriton Pennsylvania | United States | **Ship Via** | |
| 19403-3967 | | **Terms** | Net 45 |
| United States | | | |
| (877) 394-5407 | | | |

# Purchase Order P2565

| Item # / Description | Due Date | Qty | UM | Rate | Amount |
|---|---|---|---|---|---|
| BILL ONLY | 6/19/2023 | 1 | Ea | $350.00 | $350.00 |
| Standard Screw 12.5x55 (SIT.112555) | | | | | |
| BILL ONLY | 6/19/2023 | 1 | Ea | $350.00 | $350.00 |
| Standard Screw 12.5x50 (SIT.112550) | | | | | |
| BILL ONLY | 6/19/2023 | 3 | Ea | $50.00 | $150.00 |
| K wire 2.4mm OD, Sharp (SI.IN.0001) | | | | | |

| | Total | $850.00 |
|---|---|---|

**Vendor Message**

BILL ONLY PO FOR ITEMS USED IN UNITY SET #6502 THAT WAS
RETURNED. NO NEED TO SHIP. THANK YOU!!



P2565

Complaint Ex B-35